# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Lee H. Ayres
Ayres, Warren, Shelton
Post Office Box 1764
Shreveport LA 71166-1764

Sarah E. Smith
Ayres, Warren, Shelton
P. O. Box 1764
Shreveport LA 71166-1764

**REHEARING ACTION: May 9, 2012**

**Docket Number: 11  01245-CA**

**SUCCESSION OF BILLY JAMES TABOR**

**Appealed from Sabine Parish Case No. 62786**

**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. Elizabeth A. Pickett**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Martha Elliot Tabor** has this day been

> **DENIED.**
> Peters, J., would grant rehearing.

cc: Ronald W. Morrison, Jr., Counsel for the Appellee
Ronald W. Morrison, Counsel for the Appellee